THOMAS P. EMERY

*vs.*

WATERVILLE, FAIRFIELD AND OAKLAND RAILWAY CO.

Kennebec County. Decided December 10, 1915. This is an action on the case by which plaintiff seeks the recovery of damages from defendant corporation for injuries alleged to have been sustained through negligence of defendant in permitting one of its cars, while proceeding along and upon one of the streets of Waterville, coming in contact with plaintiff. A verdict was rendered in favor of plaintiff for $873.08. Plea, general issue. The

defendant filed a motion for a new trial. Verdict set aside. New trial granted. *Beane & Beane,* for plaintiff. *Johnson & Perkins,* for defendant.